Application GRANTED IN PART.

Defendants' request for an adjournment of the deadline to respond to Plaintiff's complaint is untimely, but is nevertheless granted. Defendants shall answer, move or otherwise respond to the Complaint by May 18, 2020.

The initial pretrial conference, scheduled for April 9, 2020, is ADJOURNED to **April 23, 2020, at 10:40 a.m.** The parties shall file the joint letter and proposed case management plan and scheduling order, pursuant to this Court's Order at Dkt. No. 5, by April 16, 2020.

Dated: March 24, 2020
     New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**VIA ECF**

Judge Lorna G. Schofield
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    Graciela Doncouse v. Lenwich 9th LLC and 66 West Associates LLC,
           Index No. 20-cv-924

Dear Judge Schofield:

    We are counsel to defendant Lenwich 9th LLC ("Defendant") in the above captioned Americans With Disabilities Act action. We write with the consent of counsel for the Plaintiff to request an adjournment of Defendant's time to respond to the Complaint, which I understand was due on March 17, 2020 and of the Preliminary Conference in this matter, which is currently set for April 9, 2020.

    We request adjournments of approximately 60 days for Defendant's response to the Complaint and the Preliminary Conference as a result of the COVID-19 pandemic. Counsel for the Plaintiff consents to this request.

    There have been no previous requests for adjournments and there are no other scheduled dates in this matter. Counsel for the Plaintiff consents to this request.

                                   Respectfully submitted,

                                   /s/ *Sarah E. Bell*

                                   Sarah E. Bell