UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GRACIELA DONCOUSE,
                     Plaintiff,

               20 Civ. 0924 (LGS)

-against-

               ORDER

LENWICH 9TH LLC, et al.,
                     Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order dated April 23, 2020 (Dkt. No. 16), required the parties to file a joint letter providing dial-in information, and a proposed case management plan, by May 7, 2020;

      WHEREAS, the parties failed to timely submit the joint letter or proposed case management plan.  It is hereby

      **ORDERED** that the parties shall file the joint letter and proposed case management plan as soon as possible and no later than **May 11, 2020**, at **noon**.

Dated: May 8, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**