UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GRACIELA DONCOUSE,
                        Plaintiff,

                        20 Civ. 0924 (LGS)

-against-

                        ORDER

LENWICH 9TH LLC, et al.,
                        Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, this Court's Order on May 11, 2020, directed the parties to file any supplemental letters in support of their positions on the issue of mootness by May 18, 2020;

      WHEREAS, by email to the Court on May 18, 2020, Defendants requested a one-day extension to file a certain affidavit due to an unexpected delay in having it signed and notarized. It is hereby

      **ORDERED** that, by **May 18, 2020**, Defendants shall file any supplemental letter and exhibits, including the unsigned affidavit. It is further

      **ORDERED** that, by **May 19, 2020**, Defendants shall file the signed affidavit.

Dated: May 18, 2020
       New York, New York

                                            LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE