```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
GRACIELA DONCOUSE,                                          :
                              Plaintiff,                    :
                                                            :       20 Civ. 0924 (LGS)
       -against-                                            :
                                                            :            ORDER
LENWICH 9TH LLC, et al.,                                    :
                              Defendant.                    :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference was held on May 21, 2020, at 10:40 a.m. For the reasons discussed at conference, it is hereby

**ORDERED** that the motion to dismiss is GRANTED as to Defendant Lenwich 9th LLC, without prejudice to renewal of the claims against Defendant Lenwich 9th LLC if it re-lets the at-issue premises. The motion is otherwise denied.

A case management plan and scheduling order will issue separately.

The Clerk of Court is respectfully requested to terminate Defendant Lenwich 9th LLC.

Dated: May 21, 2020
       New York, New York

                                          _____
                                          **LORNA G. SCHOFIELD**
                                          **UNITED STATES DISTRICT JUDGE**